In re Louisiana State of; Transportation and Development Department of;—Defendant (s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. B, Nos. 99-10369, 99-7764, 99-7936, 99-8086, 99-8097, 99-8133, 99-8403, 99-8405, 99-8407, 99-8471, 99-8842, 99-9508, 99-11628, 99-13451, 99-17756, 2000-7078, 99-7712, 99-10417, 99-7665, 99-7816, 99-8081, 99-8087, 99-8132, 99-8226, 99-8404, 99-8406, 99-8470, 99-8562, 99-9342, 99-10078, 99-11911, 99-16031, 2000-7026, 2001-5351; to the Court of Appeal, Fourth Circuit, No(s). 2007-CA-1123, 2007-CA-1132, 2007-CA-1142, 2007-CA-1498, 2007-CA-1131, 2007-CA-1133, 2007-CA-1134, 2007-CA-1135, 2007-CA-1136, 2007-CA-1137, 2007-CA-1138, 2007-CA-1139, 2007-CA-1140, 2007-CA- *1070 1141, 2007-CA-1143, 2007-CA-1144, 2007-CA-1145, 2007-CA-1146, 2007-CA-1147, 2007-CA-1148, 2007-CA-1149, 2007-CA-1150, 2007-CA-1151, 2007-CA-1152, 2007-CA-1153, 2007-CA-1154, 2007-CA-1155, 2007-CA-1156, 2007-CA-1119, 2007-CA-1120, 2007-CA-1121, 2007-CA-1122, 2007-CA-1124, 2007-CA-1125, 2007-CA-1126, 2007-CA-1127, 2007-CA-1128, 2007-CA-1129, 2007-CA-1130.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.